# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129448

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SETH ALAN RICORD,
      Defendant-Appellant.

SC: 129448
COA: 263520
Montcalm CC: 01-000086-FH

_____/

On order of the Court, the application for leave to appeal the August 24, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would remand this case to the Court of Appeals for consideration as on leave granted.

KELLY, J., would remand this case to the Montcalm Circuit Court with instructions to vacate the $300 fine.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

d0125